Shannon D. Sims,
Oregon State Bar #072029
sdslaw@gmail.com
610 SW Alder, Suite 502
Portland, Oregon 97205
Telephone (503) 347-6317
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLIAM BANGS AND MARLENE BANGS, | Case No.: 6:12-cv-1543-AA |
| Plaintiffs, | **TEMPORARY RESTRAINING ORDER** |
| v. | |
| QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation, BAYVIEW LOAN SERVICING, LLC, a Washington corporation | |
| Defendants. | |

This matter came before the court on ~~August~~ Sept. 4, 2012, for hearing on Plaintiffs' motion for a temporary restraining order. The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of this case. The Court further finds sufficient grounds for concluding that irreparable injury to the plaintiffs will occur unless the status quo is preserved by this temporary restraining order until a hearing on Plaintiffs' motion for a preliminary injunction can be heard.

Page 1 of 2 - TEMPORARY RESTRAINING ORDER

The Court finds that the foreclosure scheduled for September 5, 2012 should be restrained, as the possible harm that would inure to the Plaintiffs would be irreparable.

The Court further finds that Plaintiffs' counsel has made an effort to notify defendant; however the short timeline involved requires that no notice issue.

Therefore, it is ordered as follows:

1. Defendant, or any agents thereof, are temporarily restrained from seeking to foreclose on the plaintiffs' home located at 31770 McLoughlin Dr., Philomath, Oregon 97370. Lot 51, Pioneer Village III, In the County of Benton and State of Oregon.

2. This temporary restraining order will remain in effect until a hearing on plaintiffs' motion for a preliminary injunction set for the __18th__ day of September, 2012 at __11:30__ o'clock _a.m._, or subject to further order of this court.

3. This temporary restraining order shall become effective immediately upon entry by the court, ~~which is _____ o'clock ___, _____ 2012.~~

4. The Plaintiff is **not** required to post a bond. Plaintiff shall post a bond or other security in the amount of __0__.

DATED this __4th__ day of __Sept.__, 2012.

_Ann Aiken_
U.S. District Court Judge