Robert B. Hakari, OSB No. 114082
rhakari@mccarthyholthus.com
McCarthy & Holthus, LLP
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
Telephone: (971) 201-3200
Facsimile: (971) 201-3202
Attorney for Quality Loan Services Corporation of Washington

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLIAN BANGS AND MARLENE BANGS, | Case No. 6:12-cv-1543-AA |
| Plaintiff, | **MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| QUALITY LOAN SERVICES CORPORATION OF WASHINGTON, a Washington Corporation, | |
| Defendant. | |

## I.    LR 7-1 CERTIFICATE OF CONFERRAL

Counsel for Defendant, Quality Loan Services Corporation of Washington, certifies that

he conferred with Plaintiffs' counsel prior to filing this motion.  The parties were not able to

resolve this dispute.

PAGE 1 – MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER
JURISDICTION

## II.   **MOTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), Defendant respectfully moves this Court for an order dismissing Plaintiffs' Complaint with prejudice for lack of subject matter jurisdiction.

This motion is supported by Defendant's accompanying Request for Judicial Notice, Memorandum in Support of Motion to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction, the Declaration of Robert B. Hakari in Support of Defendant's Request for Judicial Notice and Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction, and the files and records of this case.

DATED: December 26, 2012

McCarthy & Holthus, LLP

/s/ Robert B. Hakari
_____
Robert B. Hakari, OSB No. 114082
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
Telephone: (971) 201-3200
Facsimile: (971) 201-3202
rhakari@mccarthyholthus.com
Attorney for Quality Loan Service Corporation
of Washington

PAGE 2 – MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION TO DISMISS PLAINTIFFS'
COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** on the defendants
herein on the date below as follows:


By notice of electronic filing using the CM/ECF System:

Shannon D. Sims, OSB #072029
610 SW Alder, Suite 502
Portland, OR 97205
Attorney for Plaintiffs

Dated: December 26, 2012


McCarthy & Holthus, LLP

 /s/ Robert B. Hakari

Robert B. Hakari, OSB No. 114082
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
Telephone: (971) 201-3200
Facsimile: (971) 201-3202
rhakari@mccarthyholthus.com
Attorney for Quality Loan Service Corporation
of Washington